**Jerry Bernard JACKSON,
Plaintiff—Appellant,**

v.

**Kelly MILLER, prosecutor at Mecklen-
burg County courts; Sean F. Perrin,
prosecutor at Mecklenburg County
courts; Kathleen K. Lucchesi, prose-
cutor at Mecklenburg County courts,
Defendants—Appellees.**

No. 04–6491.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 13, 2004.

Decided: May 20, 2004.

Jerry Bernard Jackson, Appellant pro
se.

Before WILKINSON, MOTZ, and
DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jerry Bernard Jackson appeals the dis-
trict court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm on the dis-
trict court's reasoning that Defendants
were entitled to absolute immunity. *See
Jackson v. Miller,* No. CA–04–12–3
(W.D.N.C. Feb. 17, 2004). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*